# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID SEDIQ,

    Plaintiff,

vs.

MICHAEL CAPOZZI,

    Defendant.

Case No. 2:10-CV-00659-KJD-(LRL)

**ORDER**

    Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1) and an application to proceed in forma pauperis (#2). At the time he submitted these documents, he was a prisoner in the custody of the Nevada Department of Corrections. Plaintiff has since notified the court that he is no longer imprisoned (#3). Plaintiff will need to submit more current financial information.

    IT IS THEREFORE ORDERED that the clerk of the court shall send to plaintiff financial affidavit form CJA 23. Plaintiff shall complete the form and return it within twenty (20) days from the date that this order is entered. Failure to comply with this order may result in the denial of leave to proceed in forma pauperis or the dismissal of this action.

DATED: July 16, 2010

                                          KENT J. DAWSON
                                          United States District Judge