# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID SEDIQ,

    Plaintiff,

vs.

MICHAEL CAPOZZI,

    Defendant.

Case No. 2:10-CV-00659-KJD-(LRL)

**ORDER**

    The court directed plaintiff to file a financial affidavit that included more current information now that he is no longer in custody. Order (#4). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to comply with the court's order (#4). The clerk of the court shall enter judgment accordingly.

    DATED: September 7, 2010

_____
KENT J. DAWSON
United States District Judge